# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**CAREERSTAFF UNLIMITED, LLC**,

    Plaintiff,

v.

CASE NO:

**PORT CHARLOTTE OPCO, LLC d/b/a PORT CHARLOTTE CENTER FOR NURSING & REHABILITATION**,

    Defendant.

_____/

## COMPLAINT

Plaintiff, CAREERSTAFF UNLIMITED, LLC ("CareerStaff"), by and through the undersigned counsel, hereby files this Complaint against Defendant, PORT CHARLOTTE OPCO, LLC d/b/a PORT CHARLOTTE CENTER FOR NURSING AND REHABILITATION ("Port Charlotte OPCO"), and states as follows:

## PARTIES, JURISDICTION, AND VENUE

1. CareerStaff is a Delaware Limited Liability Company with its principal place of business in Irving, Dallas County, Texas. Its Managing Member is domiciled in Pennsylvania

2. Port Charlotte OPOC is a Delaware Limited Liability Company with its principal place of business in Port Charlotte, Charlotte County, Florida. All Managing Members of Port Charlotte OPOC are domiciled in Florida.

3. This court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because complete diversity of citizenship exists between the parties and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. Venue is proper in this Court, as the cause of action accrued in Charlotte County, Florida and Defendant Port Charlotte OPOC regularly conducts business or activity in Charlotte County, Florida, has significant contacts with Charlotte County, Florida and, upon information and belief, maintains a principal place of business in Charlotte County, Florida.

5. The amount in controversy in this action exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, costs, and attorney's fees as more fully set forth herein.

## COUNT I – BREACH OF CONTRACT

6. CareerStaff incorporates by reference the averments of Paragraphs 1 through 5 above as though the same were fully set forth herein.

7. On or around May of 2022, Port Charlotte OPCO, which sought staffing services and qualified professional healthcare personnel ("Personnel") from CareerStaff, entered into a Staffing Services Agreement (the "Agreement"), the terms of which are set forth in the Agreement. Upon information and belief, Port Charlotte OPCO is in possession of a copy of the Agreement.

8. The Agreement is a valid and binding contract between CareerStaff and Port Charlotte OPCO.

9. Pursuant to the terms of the Agreement, CareerStaff provided Port Charlotte OPCO certain staffing services and Personnel to Port Charlotte OPCP's facility, namely Port Charlotte Center for Nursing and Rehabilitation (hereinafter collectively referred to as the "Facility").

10. Port Charlotte OPCO received and accepted said staffing services and Personnel for service at the Facility.

11. Port Charlotte OPCO agreed to pay CareerStaff for charges and Personnel provided to New Port Richey OPCO by CareerStaff pursuant to the terms of the Agreement.

12. The unpaid balance on Port Charlotte OPCP's account is $288,934.47.

13. The Agreement also provides for late charges at the rate of 1.5% per month on the unpaid balance.

14. As of February 16, 2023, the late charges on the unpaid balance total approximately $25,226.80.

15. As of February 16, 2023, the total outstanding balance on Port Charlotte OPCO's account with CareerStaff is $314,211.27.

16. Late charges continue to accrue.

17. In addition, the Agreement requires Port Charlotte OPCO to pay CareerStaff's reasonable attorneys' fees in the event of litigation caused by Port Charlotte's OPCO's breach of the Agreement.

18. CareerStaff conferred with Port Charlotte OPCO numerous times regarding amounts Port Charlotte OPCO owes to CareerStaff and made repeated demands for payment.

19. Notwithstanding CareerStaff's repeated requests and demands for payment, Port Charlotte OPCO has failed to pay the aforesaid balance and late charges in breach of the parties' Agreement and has thereby caused CareerStaff to incur substantial damages.

20. All conditions precedent Port Charlotte OPCO's payment obligation(s) have occurred.

WHEREFORE, CareerStaff demands judgment against Port Charlotte OPCO in the amount of $314,211.27 with continuing late charges thereon as set forth above. CareerStaff also demands that its attorneys' fees and costs be paid by Port Charlotte OPCO.

## COUNT II – UNJUST ENRICHMENT

21. CareerStaff hereby incorporates Paragraphs 1 through 20 above as though the same were set forth herein.

22. As set forth above, CareerStaff avers that the failure of Port Charlotte OPCO to pay CareerStaff constitutes a material breach of the Agreement.

23. In the alternative to a breach of the Agreement, CareerStaff avers that it provided staffing services and qualified professional healthcare Personnel to Port Charlotte OPCO and Port Charlotte OPCO retained the benefit of such Personnel and services without paying CareerStaff for same.

24. Port Charlotte OPCO knew that CareerStaff expected to be paid for its staffing services.

25. It would be inequitable for Port Charlotte OPCO to retain the benefit of CareerStaff's services without adequately compensating CareerStaff for same.

WHEREFORE, CareerStaff demands judgment against Port Charlotte OPCO in the amount of $314,211.27 with continuing late charges thereon as set forth above. CareerStaff also demands that its attorneys' fees and costs be paid by Port Charlotte OPCO, together with costs, interest, and such other relief as this Court deems appropriate.

*SPACE INTENTIONALLY LEFT BLANK*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document will be served on the above-named Defendant along with the Summons in this action.

Respectfully submitted on February 17, 2023.

**GORDON REES SCULLY MANSUKHANI**

*s/ Lara E. Breslow*
Kristina L. Marsh, Esquire
Florida Bar No.: 0311080
Lara E. Breslow, Esquire
Florida Bar No.: 0127170
Elizabeth E. Shuman
Florida Bar No.: 01011587
Primary: kmarsh@grsm.com
Primary: lbreslow@grsm.com
Primary: eshuman@grsm.com
Secondary: jsimpson@grsm.com
Tertiary: TampaPleadings@grsm.com
100 S. Ashley Drive, Suite 1290
Tampa, Florida 33602
Telephone (Main): 813-444-9700
Facsimile: 813-377-3505
*Counsel for Plaintiff, CareerStaff Unlimited, LLC*